Respondents, v Byron W. Brown, as Mayor of City of Buffalo, et al., Appellants. (Appeal No. 1.) [930 NYS2d 170]— Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of the Arbitration between City of Buffalo, Appellant and Buffalo Police Benevolent Association, Inc., Respondent. (Appeal No. 2.) [930 NYS2d 170]— Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

Waldemar H. Jurkowski, by Edward C. Cosgrove, Guardian of His Person and Property, Appellant, v Sheehan Memorial Hospital et al., Defendants, and Bhavansa Padmanabha, M.D., Respondent. (Appeal No. 1.) [930 NYS2d 170]—— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

Waldemar H. Jurkowski, by Edward C. Cosgrove, Guardian of His Person and Property, Appellant, v Sheehan Memorial Hospital et al., Defendants, and Madan G. Chugh, M.D., Respondent. (Appeal No. 2.) [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

Waldemar H. Jurkowski, by Edward C. Cosgrove, Guardian of His Person and Property, Appellant, v Sheehan Memorial Hospital, Respondent, et al., Defendants. (Appeal No. 3.) [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

In the Matter of Alfons J. Pohopek, Appellant, v Town of Western Zoning Board of Appeals et al., Respondents. [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

Doris Baity et al., Respondents-Appellants, v General Electric Company, Appellant-Respondent. [930 NYS2d 170]— Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

The People of the State of New York, Respondent, v R. Michael Hildreth, Appellant. [930 NYS2d 171]— Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

In the Matter of Susan Kruse, Petitioner, v New York State Division of Human Rights et al., Respondents. [930 NYS2d

